0584-20043                                              1159644

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SIDNEY MOCK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:15-cv-01214** |
| **REC MARINE LOGISTICS, LLC REC BOATS, LLC, AND ALLIED SHIPYARD, INC.** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| | **Jury Trial Requested** |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, LLC and REC Boats, LLC who submit their Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Sidney Mock
   506 Marina Drive, Apt. B2
   Port Isabel, TX 78578
   Plaintiff

2. Carlos Medina (Captain)
   1624 Michigan Street
   Port Isabel, TX 78578
   Fact witness regarding incident

3. Wayne Bourg
   15360 Highway 3235
   Cut Off, LA 70345

        Fact witness regarding incident and investigation of same

4. Adrian Medina, Deckhand
   15360 Highway 3235
   Cut Off, LA 70345
   Fact witness regarding incident

5. Neil Ricard, Deckhand
   15360 Highway 3235
   Cut Off, LA 70345
   Fact witness regarding incident

6. Blaine Russell (Operations Manager)
   REC Marine Logistics, LLC
   15360 Highway 3235
   Cut Off, LA 70345
   Fact witness regarding incident and investigation of same

7. A representative of REC Marine Logistics, LLC
   15360 Highway 3235
   Cut Off, LA 70345

8. A representative(s) of Allied Shipyard, Inc.
   310 Ledet Lane
   Larose, LA 70373
   Fact witness(es) regarding circumstances surrounding plaintiff's alleged incident and alleged loss of power to the M/V JACOB GERALD

9. Any employee of Allied Shipyard, Inc. who performed any work in connection with the M/V JACOB GERALD during February of 2014

10. Ann Ledet, NP-C and/or another representative of Complete Occupational Health Services
    13554 HWY 3235
    Larose, LA 70373
    Testimony regarding medical treatment and/or examination of plaintiff

11. Dr. Samuel Landero
    S1821 Seasame Drive #2
    Harlingen, TX 78550
    Testimony regarding medical treatment and/or examination of plaintiff

12. Rafath Quraishi, M.D. and/or a representative of Advanced Medical Imaging of Brownsville
    1260 W. Price Road, Bldg. B
    Brownsville, TX 78520
    Testimony regarding medical treatment and/or examination of plaintiff

13. Dr. Gregory Smith
    602 Kamali Drive
    Harlingen, TX 78550
    Testimony regarding medical treatment and/or examination of plaintiff

14. A representative of Brownsville Physical Therapy
    1714 Boca Chic Blvd.
    Brownsville, TX 78520
    Testimony regarding treatment or examination of plaintiff

15. A representative of ISLA Physical Therapy
    1200 Hwy 100; Suite 7
    Port Isabel, TX 78578
    Testimony regarding treatment and/or examination of plaintiff

16. Dr. Gregory Luna and/or a representative of PI Health Clinic
    1200 TX-100, Suite 5
    Port Isabel, TX 78578
    Testimony regarding medical treatment and/or examination of plaintiff

17. Dr. Brett Casey and/or representative of Houma Orthopedic Clinic
    1001 School Street
    Houma, LA 70360
    Defendants' IME expert

18. A representative of Harlingen Medical Center
    5501 S. Expressway 77
    Harlingen, TX 78550
    Testimony regarding medical treatment and/or examination of plaintiff

19. Any witness listed by any other party.

20. Any witness needed for rebuttal or impeachment.

21. Any witness needed to authenticate any document at trial

REC Marine Logistics, LLC and REC Boats, LLC reserve the right to amend this Witness List as discovery is ongoing.

## **EXHIBIT LIST**

1. Records of maintenance and cure payments to or on behalf of plaintiff

2. REC Marine Alleged Personnel Incident Report/Vessel Incident Report

3. REC Marine Accident Investigation Report

4. Allied Shipyard, Inc. repair documents

5. Any and all discovery propounded by any party along with all responses to said discovery

6. Any and all photographs of the plaintiff's knee after the accident

7. Plaintiff's personnel file with REC Marine, including all pre-employment medical questionnaires and all records of pre-employment physicals

8. The deposition of any witness who is unavailable for trial

9. Medical and/or pharmacy records from the following:

    a. Complete Occupational Health Clinic
    b. Dr. Samuel Landero
    c. Dr. Gregory Smith
    d. ISLA Physical Therapy Records
    e. Brownsville Physical Therapy Records
    f. IME report of Dr. Brett Casey
    g. Texas Workers' Compensation Reports
    h. Advanced Medical Imaging Records (MRI of Right Knee)
    i. Dr. Rafath Quraishi
    j. Harlingen Medical Center
    k. Dr. Gregory Luna and/or PI Health Clinic

10. The CV and IME report of Dr. Brett Casey

11. Color pictures of plaintiff's knee

12. Photographs of the M/V JACOB GERALD, including those of the engine room

13. Plaintiff's U.S. Coast Guard Records

14. Plaintiff's payroll records with REC Marine

15. Plaintiff's IRS and Social Security Earnings records, including W2s

16. Plaintiff's prior employment records

17. Records from plaintiff's conviction for possession of a controlled substance

18. Any exhibits attached to depositions

19. Any document identified through further discovery

20. Any document listed by any other party

21. Any document needed for rebuttal or impeachment

REC Marine Logistics, LLC and REC Boats, LLC reserve the right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

*/s/ Salvador J. Pusateri*
SALVADOR J. PUSATERI (#21036)
KYLE A. KHOURY (#33216)
PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pbgglaw.com
Kyle.Khoury@pbgglaw.com
Attorneys for REC Marine Logistics, LLC and REC Boats, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of February, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/   Salvador J. Pusateri*